**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. RUTH BERMDEZ MONTENEGRO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>TRISTAN WILLIAM TOMLIN,<br><br>　　　　Defendants. | Case No. 22-CR-01712-RBM<br><br>**ORDER TO CONTINUE MOTION HEARING/ TRIAL SETTINGS** |

　　　Upon Motion; IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting date of October 14, 2022 be continued to November 18, 2022. Time is excluded under the Speedy Trial Act under 18 U.S.C. Section 3161(h)(1)(G)

　　　IT IS SO ORDERED

Date: October 04, 2022

_____
HON. RUTH BERMUDEZ MONTENEGRO
United States District Judge

1